FILED

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

February 2008 Grand Jury

UNITED STATES OF AMERICA,       )   CR 08-CR08-00346
                                )
            Plaintiff,          )   I N D I C T M E N T
                                )
       v.                       )   [18 U.S.C. § 1014: False
                                )   Statement on Loan Application;
CHU YONG PARK,                  )   18 U.S.C. § 2(b): Causing an
     aka Paul Park,             )   Act to be Done]
                                )
            Defendant.          )
                                )
                                )
_____)

The Grand Jury charges:

COUNT ONE

[18 U.S.C. § 1014; 18 U.S.C. § 2(b)]

On or about October 14, 2003, in Orange County, within the Central District of California, and elsewhere, defendant CHU YONG PARK, also known as Paul Park, knowingly made, and caused to be made, a false statement for the purpose of influencing the action of Wilshire State Bank, an institution the accounts of which

CMA:cma

1  were then insured by the Federal Deposit Insurance Corporation,

2  in connection with a loan application, in that defendant PARK

3  indicated on a statement of personal history that he had never

4  been charged with and/or arrested for a criminal offense other

5  than a minor vehicle violation, when in truth and in fact, as

6  defendant PARK then well knew, he had been charged with and

7  convicted of knowingly making false statements to a financial

8  institution, in violation of Title 18, United States Code,

9  Section 1014, in or about July 1999.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

COUNT TWO

[18 U.S.C. § 1014; 18 U.S.C. § 2(b)]

On or about January 15, 2004, in Orange County, within the Central District of California, and elsewhere, defendant CHU YONG PARK, also known as Paul Park, knowingly caused a false statement to be made for the purpose of influencing the action of Wilshire State Bank, an institution the accounts of which were then insured by the Federal Deposit Insurance Corporation, in connection with a loan application, in that defendant caused W.P. to submit a letter to Wilshire State Bank stating that money

///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///

3

1  provided by W.P.'s company NI&D, Inc., to defendant PARK was in

2  payment of a business debt and not a loan, when in truth and in

3  fact, as defendant PARK then well knew, the money provided by

4  NI&D, Inc. was not in payment of a business debt and was a loan.

5

6

7                                                    A TRUE BILL

8

9                                                    _____
                                                     Foreperson
10

11  THOMAS P. O'BRIEN
    United States Attorney
12  *Christine C. Ewell*

13  CHRISTINE C. EWELL
    Assistant United States Attorney
14  Chief, Criminal Division

15

    DOUGLAS A. AXEL
16  Assistant United States Attorney
    Chief, Major Frauds Section
17

18  JILL T. FEENEY
    Assistant United States Attorney
19  Deputy Chief, Major Frauds Section

20

    CHRISTINE M. ADAMS
21  Assistant United States Attorney
    Major Frauds Section
22

23

24

25

26

27

28                              4